IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON C. ANTHONY, | : No. 4:CV 06-0181 |
| Plaintiff | : Judge Jones |
| v. | : |
| LYCOMING COUNTY DOMESTIC RELATIONS, | : |
| Defendant | : |

## ORDER

### March 3, 2006

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On January 23, 2006, Plaintiff Jason C. Anthony ("Plaintiff") filed a complaint (doc. 1) in the above-captioned matter. Also on that date Plaintiff filed a Motion for Leave to Proceed *in forma pauperis* ("the Motion"). (Rec. Doc. 2). For the reasons that follow, we will deny the Motion.

**DISCUSSION:**

> 28 U.S.C. § 1915(a)(1) states, in pertinent part, that:
> [A]ny court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such [person] prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress.

As required under 28 U.S.C. § 1915(a)(1), Plaintiff submitted a sworn Affidavit to Proceed *in forma papueris* to the Court on January 23, 2006 that included a statement of his general financial position. (Rec. Doc. 2). In the affidavit, Plaintiff swore the following: that he presently employed at Milton Logistics, with his net earnings totaling approximately $1,000 monthly; that within the last twelve months he received a legal settlement of $3,800; and that he owns a vehicle work approximately $1,370. It is apparent to the Court the Plaintiff earns approximately $24,000 annually, and therefore is capable of paying his own filing fees in the instant action.

For the foregoing reasons, we will deny the Motion.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. Plaintiff's Motion to Proceed *in forma pauperis* (doc. 2) is DENIED.

2. The Plaintiff is directed to pay the appropriate filing fees to the Clerk.

_____
John E. Jones III
United States District Judge